IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LIZ J. CASILLAS RODRIGUEZ

DEBTOR(S)

CASE NO 09-07858-MCF

CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

NOW COMES, **LIZ J. CASILLAS RODRIGUEZ,** through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated August 7, 2012, herewith and attached to this motion.

2. This post-confirmation Modification of Chapter 13 Plan is filed to increase the Plan base to cure the "insufficiently funded".

### NOTICE

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Liz J. Casillas Rodriguez; and to all creditors and parties in interest in the present case.

Page 2
Case no. 09-07858-MCF

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 7th day of August, 2012.

/s/ *Roberto Figueroa-Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **09-07858-13**

**CASILLAS RODRIGUEZ, LIZ JANICE**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/07/2012**   ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION   Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 150.00 x | 35 = $ | 5,250.00 |
| $ | 786.00 x | 25 = $ | 19,650.00 |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ **24,900.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **24,900.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,654.00**

Signed: /s/
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL** Cr. _____ Cr. _____
# **8930030057713** # _____ # _____
$ **435.00** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**PENTAGON FEDER/    DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**  Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CASILLAS RODRIGUEZ, LIZ JANICE
VILLA BORINQUEN
F16 GUATIBIRI STREET
CAGUAS, PR 00725

CITIFINANCIAL
1 CITIBANK DR STE 201
SAN JUAN, PR 00926

NATIONAL ENTERPRISE SYSTEMS
29125 SOLON RD
SOLON, OH 44139-3442

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076

NATIONS RECOVERY CENTER, INC
WORLD FINANCIAL NETWORK
PO BOX 620130
ATLANTA, GA 30362

ACT SECURITY SYSTEMS
1113 CENTRAL AVE
SAN JUAN, PR 00920

DISCOVER
PO BOX 15316
WILMINGTON, DE 19850

NCO FINANCIAL
507 PRUDENTIAL RD
HORSHAM, PA 19044

AT&T MOBILITY
5407 ANDREWS HIGHWAY
MIDLAND, TX 79706

DORAL FINANCIAL
1451 FD ROOSEVELT AVE
SAN JUAN, PR 00920

NORTH SHORE AGENCY INC
PO BOX 8901
WESTBURY, NY 11590-8901

BANCO POPULAR DE PR
PO BOX 364445
SAN JUAN, PR 00936-4445

FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427

OLIVER EXTERMINATING CORP.
PO BOX 1264
CAGUAS, PR 00726-1264

BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ 85072-3132

HOME DEPOT
PO BOX 103108
ROSWELL, GA 30076-9108

PENTAGON FEDERAL CREDIT UNION
PO BOX 19046
ALEXANDRIA, VA 22320

BANK OF AMERICA
PO BOX 26012
GREENSBORO, NC 27420-6012

JC PENNEY
PO BOX 364788
SAN JUAN, PR 00936-4788

PORTFOLIO RC
CHASE
120 CORPORATE BLVD STE1
NORFOLK, VA 23502

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886-5726

LTD FINANCIAL SERVICES
7322 SOUTHWEST FREEWAY, SUITE 1600
HOUSTON, TX 77074

RADIO SHACK
PO BOX 8181
GRAY, TN 37615-0181

CITI CARDS
PO BOX 8108
SOUTH HACKENSACK, NJ 07606-8108

MACY'S
PO BOX 4583
CAROL STREAM, IL 60197-4583

ROTHKOPF ENTERPRISES, INC
444 N WELLS, STE 204
CHICAGO, IL 60654

CITI CARDS
PO BOX 183061
Columbus, OH 43218-3061

MILITARY STAR
PO BOX 830031
BALTIMORE, MD 21283-0031

SAM'S
PO BOX 103036
ROSWELL, GA 30076-9036

SAM'S CLUB
PO BOX 530942
ATLANTA, GA 30353-0942


SEARS
CITIBANK
PO BOX 6189
SIOUX FALLS, SD 57117


SECURITY CREDIT
2612 JACKSON AVE W
OXFORD, MS 38655


UNITED RECOVERY SYSTEMS
PO BOX 722929
HOUSTON, TX 77272-2929


UNIVERSAL FIDELITY LP
PO BOX 941911
HOUSTON, TX 77094-8911


ZALES
PO BOX 6003
HAGERSTOWN, MD 21747